IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Lauren B. Peña,<br>Plaintiff,<br><br>v.<br><br>Jose Garza, in his official capacity as.<br>District Attorney of Travis County, Texas;<br>the Travis County District Attorney's Office,<br>Defendant(s). | § § § § § § § § § § § § § | Civil Action No. _____<br><br>1:25CV01327 DAE |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

**INTRODUCTION**

1. This civil action is brought under 42 U.S.C. § 1983, the Fourteenth Amendment to the United States Constitution, the Americans with Disabilities Act (ADA), and Texas law to protect the residents of Travis County, Texas, from the ongoing unlawful and reckless conduct of District Attorney Jose Garza.

2. Defendant Garza's policies and practices; including the systematic release of violent offenders without proper bond, failure to indict defendants within statutory deadlines, and categorical refusal to prosecute entire classes of offenders (particularly homeless individuals) have created a public safety and public health crisis.

3. Defendant's conduct constitutes incompetency, official misconduct, and violates both state and federal law, including the ADA.

4. Plaintiffs seek declaratory and injunctive relief, including the removal of Defendant Garza from office, to prevent further irreparable harm to the public.

1

## JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343, as this action arises under the Constitution and laws of the United States.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in Travis County, Texas, which lies within the Western District of Texas.

## PARTIES

7. Plaintiff is a resident with a disability of Travis County, Texas, who has been and continues to be directly harmed by the unsafe and unlawful conditions caused by Defendant's actions and omissions.

8. Defendant Jose Garza is the elected District Attorney for Travis County, Texas, sued in his official capacity.

9. Defendant Travis County District Attorney's Office is the governmental entity responsible for prosecutorial functions within Travis County.

## FACTUAL ALLEGATIONS

10. Defendant Garza and his office have repeatedly released violent offenders back into the community on inadequate or nonexistent bond conditions.

11. Numerous defendants charged with violent crimes have not been indicted within the statutory time required under **Tex. Code Crim. Proc. art. 32.01**, resulting in dismissals and re-offenses.

12. Defendant Garza's office has adopted policies of refusing to prosecute certain classes of offenders, particularly homeless individuals in direct violation of **Texas House Bill 17 (2023)**, which defines such refusal as official misconduct.

13. These policies have created de facto immunity zones for criminal activity, resulting in open-air drug use, assaults, and violent crimes throughout Travis County.

14. Public transportation in Travis County has become increasingly unsafe due to violent assaults, open-air drug use, and even a homicide, all tied to Defendant's dereliction of duty.

15. According to the **Austin Council for the Blind**, there have been multiple documented incidents of harassment and physical attacks on blind individuals by members of the homeless population. Austin is home to the Texas School for the Blind, and this vulnerable class of people has been disproportionately affected. Many blind residents report that they are now afraid to use public transportation due to repeated incidents of harassment and assault. Defendant's refusal to prosecute violent and disorderly conduct by the homeless population has therefore created a disparate impact on persons with disabilities, in violation of the **Americans with Disabilities Act** and the Equal Protection Clause.

16. Defendant's repeated failures constitute a systemic pattern of incompetency, misconduct, and neglect of official responsibilities, in violation of both federal constitutional protections and Texas law.

## CAUSES OF ACTION

### Count I – Incompetency (Tex. Local Gov't Code § 87.011(2))

17. Defendant has demonstrated gross ignorance and gross carelessness in the discharge of his official duties by failing to timely indict violent offenders and by repeatedly releasing dangerous individuals into the public.

### Count II – Official Misconduct (Tex. Local Gov't Code § 87.011(3); HB 17, 88th Leg. (2023))

18. Defendant has intentionally and unlawfully refused to prosecute entire categories of offenses, in

3

direct violation of HB 17.

19. This constitutes official misconduct under Texas law and violates Plaintiffs' rights to equal protection and safety.

**Count III – Violation of Civil Rights (42 U.S.C. § 1983)**

20. Defendant's acts and omissions under color of law have deprived Plaintiffs of their rights secured by the **Due Process** and **Equal Protection Clauses** of the Fourteenth Amendment.

21. By systematically refusing to prosecute certain offenders and failing to enforce laws equally, Defendant has subjected Plaintiffs to ongoing threats to life, liberty, and property without due process of law.

**Count IV – Violation of the Americans with Disabilities Act (42 U.S.C. § 12132)**

22. Title II of the ADA prohibits public entities from excluding qualified individuals with disabilities from participation in or denying them the benefits of services, programs, or activities.

**23.** Defendant's refusal to prosecute violent and disorderly conduct by the homeless population disproportionately impacts blind and disabled individuals in Travis County, particularly those attending or associated with the **Texas School for the Blind** and the **Austin Council for the Blind**. This failure creates a public safety crisis that impairs these individuals' ability to safely navigate their community, access transportation, and receive equal protection under the law.

**Furthermore**, as someone diagnosed with **Post-Traumatic Stress Disorder (PTSD)** due to prolonged exposure to human trafficking, I have experienced significant and repeated mental duress as a direct result of the **Housing Authority of the City of Austin's** failure to maintain a safe residential environment. Homeless individuals frequently **bang on my door in the middle of the night**, triggering PTSD symptoms, disrupting my sleep, and compounding the ongoing quality-of-life and disability

4

accommodation issues I have repeatedly raised with HACA and other responsible agencies. This has resulted in a **hostile housing environment** that fails to meet even minimal standards under the **Fair Housing Act**, the **Americans with Disabilities Act**, and other federal protections.

24. By allowing unchecked harassment and violence against blind individuals, Defendant has created an environment where disabled persons are effectively denied equal access to public transportation and safe community participation, in violation of the ADA.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Declare that Defendant Garza has engaged in incompetency, official misconduct, and violations of both Texas and federal law, including the ADA;

B. Issue an injunction pursuant to 28 U.S.C. §§ 2201–2202 ordering Defendant's immediate removal from office to protect the safety of Travis County residents;

C. Direct the State of Texas, through its proper authority, to appoint an interim District Attorney to ensure the lawful prosecution of crimes during the pendency of this action;

D. Award Plaintiffs costs and reasonable attorneys' fees pursuant to 42 U.S.C. § 1988 and the ADA; and

E. Grant such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiffs do not request a jury trial, as the relief sought is equitable in nature.

**Respectfully submitted,**

Lauren B. Peña  
Executive Director  
Peña Legal Advocacy  
1638 E. 2nd Street #401  
Austin, Texas 78702  
512) 318-1700  
lauren@penalegaladvocacy.org  
Lauren B. Peña  
Plaintiff

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __20__ day of __Aug__, 2025.

_____  
Signature of Affiant

Lauren B. Peña

[Notary Seal: RACHEL BUSTOS, Notary ID #134300987, My Commission Expires April 12, 2027]

SWORN TO AND SUBSCRIBED BEFORE ME this __20th__ day of __August__, 2025.

_Rachel Bustos_  
Notary Public, State of Texas

[Seal]

Printed Name: __Rachel Bustos__  
My Commission Expires: __April 12th, 2027__

6