# List of Accompanying Filings

1. Complaint for Declaratory and Injunctive Relief

2. Plaintiff's Emergency Motion for Temporary Restraining Order

3. Plaintiff's Motion for Preliminary Injunction

4. Proposed Order Granting Preliminary Injunction

5. Proposed Order Granting Temporary Restraining Order


**Plaintiff: Lauren B. Peña**

1638 E. 2nd Street #401
Austin, Texas 78702
(512) 318-1700
lauren@penalegaladvocacy.org


**Defendant(s):** Jose Garza, in his official capacity as District Attorney of Travis County, Texas,
and the Travis County District Attorney's Office