IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Lauren B. Peña,**<br>Plaintiff,<br><br>v.<br><br>**Jose Garza, in his official capacity as.**<br>**District Attorney of Travis County, Texas;**<br>**the Travis County District Attorney's Office,**<br>Defendant(s). | § § § § § § § § § § § § § | Civil Action No. _____<br><br>1:25CV01327 DAE |

**PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

**INTRODUCTION**

Plaintiffs respectfully move this Court, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, for a **Temporary Restraining Order ("TRO")** against Defendant Jose Garza, District Attorney of Travis County, Texas. Immediate action is necessary to protect Plaintiffs and the residents of Travis County from irreparable harm caused by Defendant's ongoing refusal to perform his statutory duties, his release of violent offenders, and his unlawful refusal to prosecute entire classes of offenders in violation of **Texas House Bill 17 (2023)**.

**LEGAL STANDARD**

Under Rule 65(b), a TRO is appropriate where:

1. The movant is likely to succeed on the merits;
2. The movant will suffer irreparable harm before the opposing party can be heard;
3. The balance of equities favors the movant; and
4. The order serves the public interest. *Winter v. NRDC, Inc.*, 555 U.S. 7, 20 (2008).

1

**ARGUMENT**

**I. Plaintiffs Are Likely to Succeed on the Merits.**

- Defendant's refusal to indict violent offenders within statutory deadlines violates **Tex. Code Crim. Proc. art. 32.01**.
- Defendant's policy of refusing to prosecute entire categories of offenders violates **HB 17 (2023)** and constitutes **official misconduct** under **Tex. Local Gov't Code § 87.011(3)**.
- Defendant's actions and omissions deprive Plaintiffs of **Due Process** and **Equal Protection** rights under the **Fourteenth Amendment**, actionable under **42 U.S.C. § 1983**.

**II. Plaintiffs Face Immediate and Irreparable Harm.**

- Violent offenders are currently being released on little or no bond and are re-offending.
- Recent assaults and even a homicide on public transportation highlight the imminent danger created by Defendant's misconduct.
- The harm is ongoing and cannot be remedied by monetary damages—public safety and life itself are at risk daily.

**III. The Balance of Equities Favors Plaintiffs.**

- Protecting the safety of Travis County residents outweighs any temporary burden on Defendant's interest in remaining in office.

**IV. The Public Interest Strongly Supports Relief.**

- Enforcing criminal laws, ensuring equal protection, and preventing further violence are urgent public interests that justify immediate injunctive relief.

**REQUEST FOR RELIEF**

For these reasons, Plaintiffs respectfully request that this Court:

1. GRANT this Emergency Motion for Temporary Restraining Order;
2. Immediately enjoin Defendant Jose Garza from implementing or enforcing any policies that categorically refuse prosecution of entire classes of offenders;
3. Immediately **suspend Defendant Garza from the office of Travis County District Attorney** pending a hearing on Plaintiffs' Motion for Preliminary Injunction;
4. Direct the State of Texas to appoint an interim District Attorney to carry out prosecutorial duties during the pendency of this action; and
5. Grant such other relief as the Court deems just and proper.

**Respectfully submitted,**

                                        Lauren B. Peña
                                        Executive Director
                                        Peña Legal Advocacy
                                        1638 E. 2nd Street #401
                                        Austin, Texas 78702
                                        512) 318-1700
                                        lauren@penalegaladvocacy.org
                                        Lauren B. Peña
                                        Plaintiff

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20 day of Aug, 2025.

_____
Signature of Affiant
Lauren B. Peña



SWORN TO AND SUBSCRIBED BEFORE ME this 20th day of August, 2025.

_____
Notary Public, State of Texas
[Seal]

Printed Name: Rachel Bustos
My Commission Expires: April 12th, 2027

4