IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Lauren B. Peña,**<br>Plaintiff,<br><br>v.<br><br>**Jose Garza, in his official capacity as.**<br>**District Attorney of Travis County, Texas;**<br>**the Travis County District Attorney's Office,**<br>Defendant(s). | § § § § § § § § § § § § § | Civil Action No. _____<br><br>1:25CV01327 DAE |

### [PROPOSED] TEMPORARY RESTRAINING ORDER

On this day, the Court considered Plaintiffs' Emergency Motion for Temporary Restraining Order. Having reviewed the motion, the pleadings, and applicable law, the Court finds that the motion should be **GRANTED**.

### FINDINGS OF FACT

1. Plaintiffs have demonstrated a substantial likelihood of success on the merits of their claims under both Texas law (Tex. Local Gov't Code §§ 87.011(2)); HB 17, 88th Leg. (2023)) and federal law (42 U.S.C. § 1983).

2. Plaintiffs have established that they, and the residents of Travis County, face immediate and irreparable harm absent emergency relief, including assaults, drug-related crime, and threats to life and safety caused by Defendant's misconduct.

3. The balance of equities favors Plaintiffs, as protecting the safety and constitutional rights of the public outweighs Defendant's personal interest in holding office.

1

4. The public interest is served by ensuring the lawful prosecution of crimes, the enforcement of Texas law, and the protection of community safety.

**ORDER**

It is therefore ORDERED that:

1. Defendant **Jose Garza is immediately suspended from the office of Travis County District Attorney** pending further order of this Court.

2. Defendant and the Travis County District Attorney's Office are **temporarily enjoined** from implementing or enforcing any policy that categorically refuses prosecution of entire classes of offenders, in violation of HB 17 (2023).

3. The State of Texas shall, through its proper authority, appoint an interim District Attorney to carry out prosecutorial duties during the pendency of this action.

4. This **Temporary Restraining Order shall remain in effect for fourteen (14) days**, unless extended by this Court for good cause shown or by consent of the parties.

5. A hearing on Plaintiffs' Motion for Preliminary Injunction is hereby set for:

   **Date:** _____

   **Time:** _____

   **Courtroom:** _____

SIGNED this \_\_\_ day of _____, 2025.


UNITED STATES DISTRICT JUDGE

2