IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Lauren B. Peña,**<br>Plaintiff,<br><br>v.<br><br>**Jose Garza, in his official capacity as.**<br>**District Attorney of Travis County, Texas;**<br>**the Travis County District Attorney's Office,**<br>Defendant(s). | § § § § § § § § § § § § § § | Civil Action No. _____<br><br>1:25CV01327 DAE |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs respectfully move this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a preliminary injunction immediately suspending and removing Defendant Jose Garza from the office of Travis County District Attorney pending final resolution of this matter.

## INTRODUCTION

Defendant Jose Garza has created a public safety emergency by repeatedly releasing violent offenders, failing to indict violent criminals within statutory deadlines, and refusing to prosecute entire classes of offenders, particularly homeless individuals, in violation of **House Bill 17 (2023)**.

As a result, Travis County residents—including Plaintiffs—face daily irreparable harm: assaults, open-air drug use, and even murders on public transportation. The danger is immediate, ongoing, and preventable.

1

**LEGAL STANDARD**

A preliminary injunction is warranted where Plaintiffs show:

1. Likelihood of success on the merits;
2. Irreparable harm absent relief;
3. That the balance of equities tips in their favor; and
4. That the injunction serves the public interest. *Winter v. NRDC, Inc.*, 555 U.S. 7, 20 (2008).

**ARGUMENT**

**I. Plaintiffs are Likely to Succeed on the Merits.**

1. **Texas Local Gov't Code §§ 87.011–87.013** authorize removal of county officers, including District Attorneys, for *incompetency, official misconduct, or failure to give bond.*
2. Defendant has demonstrated:
    - **Incompetency** by failing to indict violent offenders timely, causing dismissals (*Tex. Code Crim. Proc. art. 32.01*).
    - **Official Misconduct** by refusing to prosecute entire categories of offenders, in direct violation of **HB 17 (2023)**.
3. Defendant's conduct also violates **Plaintiffs' federal rights** to Due Process and Equal Protection under the **Fourteenth Amendment**, actionable under **42 U.S.C. § 1983**.

**II. Plaintiffs Will Suffer Irreparable Harm Without an Injunction.**

4. Violent offenders continue to be released without bond or with insufficient bond, re-offending against innocent residents.

2

5. Public transportation in Travis County has become unsafe, with assaults, drug use, and homicide—all preventable but for Defendant's dereliction of duty.

6. Loss of life and public safety cannot be remedied with monetary damages; the harm is immediate and irreparable.

## III. The Balance of Equities Favors Plaintiffs.

7. The equities overwhelmingly favor the residents of Travis County.

8. Defendant's personal interest in remaining in office does not outweigh the public's right to safety and lawful prosecution of violent crime.

## IV. The Public Interest Supports Injunctive Relief.

9. Protecting residents from violence, enforcing Texas law, and restoring integrity to the criminal justice system are urgent public interests.

10. Courts routinely recognize that the public interest is served by the enforcement of laws and protection of constitutional rights.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

1. GRANT this Motion for Preliminary Injunction;

2. Order the **immediate suspension and removal of Jose Garza** from the office of Travis County District Attorney pending final judgment;

3. Appoint or direct the State of Texas to appoint an interim District Attorney to ensure lawful prosecution of crimes;

4. Grant such other relief as the Court deems just and proper.

**Respectfully submitted,**

                                                          Lauren B. Peña
                                                          Executive Director
                                                          Peña Legal Advocacy
                                                          1638 E. 2nd Street #401
                                                          Austin, Texas 78702
                                                          512) 318-1700
                                                          lauren@penalegaladvocacy.org
                                                          Lauren B. Peña
                                                          Plaintiff

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20 day of Aug, 2025.

_____
Signature of Affiant
Lauren B. Peña

SWORN TO AND SUBSCRIBED BEFORE ME this 20th day of August, 2025.

_Rachel Bustos_
Notary Public, State of Texas
[Seal]

Printed Name: Rachel Bustos
My Commission Expires: April 12th, 2027

[Notary Seal: RACHEL BUSTOS, Notary ID #134300987, My Commission Expires April 12, 2027]