IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Lauren B. Peña,**<br>Plaintiff,<br><br>v.<br><br>**Jose Garza, in his official capacity as.**<br>**District Attorney of Travis County, Texas;**<br>**the Travis County District Attorney's Office,**<br>Defendant(s). | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. _____<br><br>1:25CV01327DAE |

# [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

On this day, the Court considered Plaintiffs' Motion for Preliminary Injunction. Having reviewed the motion, the pleadings, the applicable law, and the evidence presented, the Court finds that the motion should be **GRANTED**.

**FINDINGS OF FACT**

1. Plaintiffs have shown a substantial likelihood of success on the merits of their claims under Texas law (Tex. Local Gov't Code §§ 87.011–87.013; HB 17, 88th Leg. (2023)) and federal law (42 U.S.C. § 1983).

2. Plaintiffs have demonstrated that they, and the residents of Travis County, will suffer immediate and irreparable harm absent injunctive relief, including threats to personal safety, health, and constitutional rights.

3. The balance of equities tips sharply in favor of Plaintiffs and the public, as the harms caused by Defendant's actions and omissions outweigh any hardship to Defendant.

4. The public interest is best served by ensuring the safety of Travis County residents, the lawful enforcement of criminal statutes, and the preservation of constitutional protections.

**ORDER**

Accordingly, it is ORDERED that:

1. Defendant **Jose Garza is immediately suspended from the office of District Attorney of Travis County, Texas,** pending final resolution of this case.

2. The State of Texas, through its proper authority, shall **appoint an interim District Attorney** to ensure the lawful prosecution of criminal cases in Travis County during the pendency of this action.

3. Defendant and his office are enjoined from enforcing or adopting any policies that categorically refuse prosecution of entire classes of criminal offenses, in violation of HB 17.

4. This preliminary injunction shall remain in effect until further order of the Court.

SIGNED this ___ day of _____, 2025.


UNITED STATES DISTRICT JUDGE