FILED
February 06, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Alicia Davis____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: COURT DOCKET MANAGEMENT | § § § § |
| FOR AUSTIN DIVISION | |

### ORDER

In accordance with the authority vested in the United States Magistrate Judge pursuant to Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrates, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, it is **ORDERED** that, with regard to cases assigned to the Honorable David A. Ezra, the following matters shall be referred to a United States Magistrate Judge for the Austin Division, allocated pursuant to the Clerk of the Court's standard procedure, for the types of actions listed below:

(1) All cases brought pursuant to 28 U.S.C. §§ 2241, 2254 (excluding cases in which a sentence of death was imposed), and 2255 (excluding cases in which a sentence of death was imposed), cases brought by federal prisoners and detainees challenging conditions of confinement, cases brought by prisoners pursuant to 42 U.S.C. § 1983, and cases seeking judicial review of social security decisions shall be assigned to a United States Magistrate

Judge for the Austin Division for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A), and for finding; and recommendations on all case dispositive motions as provided in 28 U.S.C. § 636(6)(1)(B).

(2) Any case in which application to proceed in forma pauperis has been made, other than a case described in paragraph (1) above, shall be referred to a United States Magistrate Judge for the Austin Division for disposition of the application to proceed in forma pauperis, disposition of any motion for appointment of counsel, and for a prompt recommendation as to whether the case should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e). Upon completion of the above tasks, the Magistrate Judge shall return the case to the district court for further proceedings.

**IT IS SO ORDERED**.

**SIGNED**: February 6, 2025.

_____
David Alan Ezra
Senior United States District Judge