IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LAUREN B. PENA, | § | No. 1:25-CV-1327-DAE |
| Plaintiff, | § | |
| vs. | § | |
| JOSE GARZA, in his official capacity as District Attorney of Travis County, Texas; TRAVIS COUNTY DISTRICT ATTORNEY'S OFFICE, | § | |
| Defendants. | § | |

ORDER: (1) ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE; AND (2) DISMISSING CASE WITHOUT PREJUDICE

Before the Court is a Report and Recommendation ("the Report") (Dkt. # 6) submitted by United States Magistrate Judge Mark Lane. Plaintiff Lauren B. Pena ("Plaintiff" or "Pena") did not file any objections.[1] After reviewing the Report, the Court **ADOPTS** Judge Lane's recommendations and **DISMISSES WITHOUT PREJUDICE** this case for lack of subject-matter jurisdiction. (Dkt. # 6.)

Judge Lane recommended that Plaintiff's case be dismissed on the basis that she has failed to demonstrate she has standing to bring her claims against

---

[1] The Clerk's Office attempted to serve the Report on Plaintiff by certified mail on two separate occasions. (Dkts. ## 7, 8.)

Travis County, the only entity that can be sued in this case. (Dkt. # 6 at 4–5.) Additionally, Judge Lane determined that the political question doctrine would prevent the Court from reaching her claims, which would leave the Court with no jurisdiction over any federal claims in this case and thus no jurisdiction over any state-law claims. Judge Lane recommended that Plaintiff's case be dismissed without prejudice. (Id. at 6.) Objections to the Report were due within 14 days after being served with a copy. None of the parties in this case filed any objections.

Accordingly, where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the Magistrate Judge's Report. The Court finds the Magistrate Judge's conclusions that Plaintiff's case should be dismissed pursuant to 28 U.S.C. § 1915(e) is reasonable and absent of clear error. Therefore, the Court determines that the Magistrate Judge's conclusions and recommendations are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. # 6) as the opinion of the Court, and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims in this case. The Clerk's Office is **INSTRUCTED TO ENTER JUDGMENT** and **CLOSE THE CASE.**

3

**IT IS SO ORDERED.**

**DATE:** Austin, Texas, December 15, 2025.

_____
David Alan Ezra
Senior United States District Judge