AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas (Austin)

| | | |
|---|---|---|
| Lauren B. Pena | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-cv-01327-DAE |
| Garza, et al | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: dkt 9 Order Adopting Report and Recommendation and DISMISSES WITHOUT PREJUDICE Plaintiff's claims in this case, dated 12/15/2025.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 12/15/2025

Philip J. Devlin
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*